# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DEAN HADDOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00646-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

　　　　Plaintiff Nathan Dean Haddock filed a complaint on May 10, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **May 11, 2018**

_____
UNITED STATES MAGISTRATE JUDGE