# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DEAN HADDOCK,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:18-cv-00646-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE BRIEF<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a brief responsive to Plaintiff's motion for summary judgment on or before March 1, 2019.

IT IS SO ORDERED.

Dated: **February 1, 2019**

UNITED STATES MAGISTRATE JUDGE

1