UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| NATHAN DEAN HADDOCK, | ) | Civil No. 1:18-cv-00646-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR |
| | ) | VOLUNTARY REMAND PURSUANT TO |
| v. | ) | SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | (ECF No. 17) |
| | ) | |
| Defendant. | ) | |

On March 7, 2019, the parties filed a stipulation to voluntarily remand this matter for further administrative proceedings. (ECF No. 17.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Judgment is entered on behalf of Plaintiff Nathan Dean Haddock and against the Commissioner of Social Security;

2. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and

3. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated: **March 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1