# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DEAN HADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00646-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND EXPENSES<br><br>(ECF No. 19) |

On March 7, 2019, pursuant to the parties' stipulation for voluntary remand pursuant to 42 U.S.C. § 405(g), the Court entered judgment in favor of Plaintiff and against Defendant. (ECF No. 17.) On May 7, 2019, the parties filed a stipulation for the award of attorney fees in the amount of $3,800.00 pursuant to the Equal Access to Justice Act ("EAJA"), without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406(b). (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $3,800.00.

IT IS SO ORDERED.

Dated: __**May 8, 2019**__

UNITED STATES MAGISTRATE JUDGE

1